


## AFFIDAVIT

I, Brittany Deichmann, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby state as follows:

### INTRODUCTION

I am a Special Agent with the Federal Bureau of Investigation (hereafter referred to as "FBI") and have been since January 8, 2017 and am currently assigned to the Jackson Division of the FBI. While employed by the FBI, I have assisted in investigating federal criminal violations related to child exploitation, child pornography, armed robberies, carjacking, bank robberies, homicides and other violent crimes. I have gained experience through training opportunities and everyday work related to conducting these types of investigations. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

I, along with other FBI Special Agents and Task Force Officers, am involved in the investigation of **Demario Lamar Cotton** for violating Title 18, United States Code, Section 111, and Title 18, United States Code, Section 924(c).

Because this affidavit is being submitted for the limited purposes of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own personal knowledge, subject interviews, my review of reports, discussions I have had with other law enforcement officers, and other evidence.

### PROBABLE CAUSE

On June 26, 2021 at approximately 10:45pm, FBI Special Agent (SA) ▇▇▇▇ and Jackson Police Department (JPD) Detective Warren Hull were assisting with an arrest in the vicinity of Neman Avenue in Jackson, Mississippi when gun shots were heard a short distance

from their location. SA▮▮▮ and Detective Hull were conducting law enforcement activities with Operation VGRIP, which is an FBI-led operation to reduce Violent Gang activities. SA▮▮▮ and Detective Hull drove (separately) towards the gun fire in attempt to gain knowledge about the shooting and render medical aid if needed. A dark colored SUV was observed driving at a high rate of speed from the area of the gunshots. SA▮▮▮ and Detective Hull activated blue emergency lights to stop the dark colored SUV, but the SUV fled at a high rate of speed. A short time later while SA▮▮▮ and Detective Hull were in pursuit of the vehicle, the passenger of the vehicle, later identified as Keeunta Kentrail Cotton, date of birth October 9, 1983, was observed exiting the vehicle near the intersection of El Paso Street and Oaklawn Drive in Jackson, Mississippi. SA ▮▮▮ and Detective Hull stopped and went to approach and assist Keeunta Kentrail Cotton. The driver, later identified as **Demario Lamar Cotton**, date of birth August 17, 1982, continued driving a short distance before coming to a stop. Once stationary, **Demario Lamar Cotton** exited from the vehicle and fired numerous rounds from a semi-automatic rifle at SA▮▮▮ and Detective Hull. One of the rounds fired by **Demario Lamar Cotton** struck SA▮▮▮ in the back. **Demario Lamar Cotton** got back into the SUV and sped away from the area. Keeunta Kentrail Cotton remained at the scene of the shooting. SA▮▮▮ was transported to University of Mississippi Medical Center (UMMC) via ambulance for treatment of his gunshot wound.

JPD responded to the scene and located approximately twenty-six cartridge cases in the area where **Demario Lamar Cotton** was reported firing the semi-automatic weapon from. Keeunta Kentrail Cotton agreed to give a voluntary statement at JPD headquarters of the events he witnessed on the night of June 26, 2021. Keeunta Kentrail Cotton ("Keeunta") said he and his brother, **Demario Lamar Cotton**, left from their mother's birthday party in Jackson, Mississippi in Demario's SUV. **Demario Lamar Cotton** was driving and Keeunta was the passenger. While driving, **Demario Lamar Cotton** began acting and driving erratically. While Keeunta attempted

to calm **Demario Lamar Cotton** down, **Demario Lamar Cotton** took possession of a semi-automatic rifle, referred to Keeunta as a "Draco," that was in the vehicle at the time stated, "If police get behind me, I have armor piercing rounds and will shoot them mother fuckers." This statement was prior to SA ▇ and Detective Hull attempting to conduct a vehicle stop on the SUV. After seeing SA ▇ and Detective Hull's emergency lights behind him, **Demario Lamar Cotton** made the statement, "They ain't taking my Draco. I'll shoot all them mother fuckers," while speeding away in the SUV. **Demario Lamar Cotton** finally slowed down enough for Keeunta to exit from the passenger side of the vehicle. At which time, Keeunta laid on the ground to surrender to law enforcement and **Demario Lamar Cotton** began firing on law enforcement numerous times with his Draco. Keeunta was shown a six (6) person photograph line-up and identified **Demario Lamar Cotton** as his brother and the driver of the SUV who shot SA ▇.

## CONCLUSION

Based on the forgoing, your Affiant believes that probable cause exists showing **Demario Lamar Cotton** violated Title 18, United States Code, Section 111, and Title 18, United States Code, Section 924(c). I respectfully request that the Court authorize a complaint charging **Demario Lamar Cotton** with the aforementioned offense and issue a warrant for his arrest.

_____
Brittany Deichmann
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me, this the 27th day of June, 2021,

_____
Hon. LaKeysha Greer Isaac
United States Magistrate Judge

3